UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LEON SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DSHS, et al.,<br><br>　　　　　Defendants. | CASE NO. C10-5296BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 25). The Court, having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendants' motion to dismiss based on absolute immunity is **GRANTED**;

(3) Plaintiff's case is **DISMISSED**; and

(4) Plaintiff's *in forma pauperis* status is **REVOKED** for purposes of appeal in this matter.

DATED this 29th day of October, 2010.

　　　　　　　　　　　　　　　　　　／s／ Benjamin H. Settle
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER