# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER LEON SMITH

v.

DSHS, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5296BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

Defendants' motion to dismiss based on absolute immunity is **GRANTED**;

Plaintiff's case is **DISMISSED**; and

Plaintiff's *in forma pauperis* status is **REVOKED** for purposes of appeal in this matter.

|   |   |
|---|---|
| November 1, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
|   | *s/CM Gonzalez* |
|   | Deputy Clerk |