UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER LEON SMITH,

    Plaintiff,

    v.

DSHS, et al.,

    Defendants.

Case No. C10-5296BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 33. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant Rachel Brown's motion for summary judgment is **GRANTED**; and

(2)     This action is **DISMISSED.**

DATED this 2nd day of June, 2011.

                            BENJAMIN H. SETTLE
                            United States District Judge

ORDER