# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER LEON SMITH

        v.

DSHS, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5296BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Defendant Rachel Brown's motion for summary judgment is **GRANTED**; and

This action is **DISMISSED.**

  June 3, 2011

William M. McCool
Clerk

*s/CM Gonzalez*
Deputy Clerk